IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RICKY RONNELL EWING**                                                    **PLAINTIFF**

v.                                                         CAUSE NO. 1:16CV122-LG-RHW

**DAVID HORN**                                                             **DEFENDANT**

## FINAL JUDGMENT

This matter is before the Court on the [25] Report and Recommendation of United States Magistrate Judge Robert H. Walker entered in this action on November 4, 2016. The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 2nd day of December, 2016.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE